# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

T. STEVEN HAR
DIRECT DIAL: 212.692.1055
PERSONAL FAX: 212.202.6040
E-MAIL: tshar@duanemorris.com

www.duanemorris.com

May 14, 2010

BY FEDEX

Philip Crawford, Esq.
GIBBONS, P.C.
1 Gateway Center
Newark, NJ 07102

Re: **John Pierro v. Daewoo Motor America, Inc., et al.**
    **Docket No.: 08-CV-0063 (RJD) (JMA)**

Dear Mr. Crawford:

Enclosed please find the following documents in support of Daewoo Motor America's Motion for Summary Judgment against Daewoo Motor Co., Ltd:

Notice of Motion, Memorandum of Law in support of Summary Judgment; Rule 56.1 Statement; and Declaration of T. Steven Har.

Very truly yours,

/s/ T. Steven Har
T. Steven Har

Cc:
Ellen Mulqueen, Esq.
Case Manager to Hon. Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                              PHONE: 212.692.1000   FAX: 212.692.1020