DuaneMorris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

**APPLICATION GRANTED.**

T. STEVEN HAR
DIRECT DIAL: 212.692.1055
PERSONAL FAX: 212.202.6040  **SO ORDERED.**
E-MAIL: tshar@duanemorris.com

www.duanemorris.com       **DATED: BROOKLYN, NEW YORK**
                              June 25  20 10

June 24, 2010

                    s/ Judge Raymond J. Dearie
**VIA ECF**

Hon. Raymond J. Dearie   **RAYMOND J. DEARIE**
United States District Judge  **UNITED STATES DISTRICT JUDGE**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **John Pierro v. Daewoo Motor America, et. al.**
      **08-CV-0063 (RJD)(JMA)**

Dear Judge Dearie:

    We represent defendant Daewoo Motor America, Inc. ("DMA") in the above referenced action. Pursuant to Your Honor's Directives, the parties have agreed and submitted a schedule for DMA's motion for summary judgment against Daewoo Motor Co., Ltd.("DWMC").

    The parties have already exchanged the moving papers and opposition papers, and DMA's reply papers are currently due on June 30, 2010.

    However, both lead counsel for DMA and DWMC are engaged in trial in California which will likely last beyond the first week of July. Accordingly, the parties have agreed to seek the Court's permission to extend the reply date for DMA to July 15, 2010.

    Thank you for your considerations.

                              Respectfully submitted,

                              /s/ T. Steven Har
                              T. Steven Har

TSH/kh
Cc: All counsel (VIA ECF)

DUANE MORRIS LLP
_____
1540 BROADWAY   NEW YORK, NY 10036-4086         PHONE: 212.692.1000  FAX: 212.692.1020