**MINUTE ENTRY**                                                  **Docket & File**

JOAN M. AZRACK, USMJ                    DATE: 7/22/10

DOCKET: <u>CV-08-63 (RJD)</u>             CASE: <u>Pierro v. Daewoo Motor America, Inc., et al.</u>

---

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

---

☐ TELEPHONE            ☒ IN-PERSON

<u>CIVIL CAUSE FOR:</u>

☐ INITIAL CONF.   ☒ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court:  ☐ 15   ☒ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: Joseph Neiman

FOR DAEWOO DEFS: Steven Har, Philip Crawford, Larry Schmadeka
For GM Defs.: Mark Thabet

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Disc. sch as follows
- Rule 26  8/26/10
- Serve doc req + int - 10/28/10
- Resp by 12/28/10
- Fact dep by 4/28/11
- Pl exp rept 6/28/11
- Δ exp 8/28/11
- Dep of experts 10/28/11

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on  Nov 10  noon       ☐ Telephone  ☒ In-Person
☐ Pre-Trial Order by _____