T. Steven Har (TSH 2601)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN PIERRO,

                Plaintiff,

    -against-

DAEWOO MOTOR AMERICA, INC.,
DAEWOO MOTOR AMERICA, DAEWOO
MOTOR, DAEWOO, GM DAEWOO
AUTO & TECHNOLOGY CO., GENERAL
MOTORS CORP., JOHN DOES #1-5, AND
XYZ CORPORATIONS #1-5

                Defendants.
-------------------------------------------------------X

**08-CV-0063 (RJD) (JMA)**
**ECF CASE**

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated April 7, 2011, together with the pleadings and proceedings heretofore had herein, defendant Daewoo Motor America, Inc. will move this Court, the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, for Reconsideration or Clarification of the Court's Memorandum and Order entered on March 24, 2011.

Dated: New York, New York
       April 7, 2011

                                                          s/ T. Steven Har
                                                           T. Steven Har (TSH 2601)

To: All counsel (by ECF)