

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 700
White Plains, NY 10606

TEL   914 949 2909
FAX   914 949 5424
www.eckertseamans.com

Mark E. Thabet
Direct Dial: 914-949-7016
mthabet@eckertseamans.com

August 24, 2012

**VIA ELECTRONIC FILING**
Honorable Raymond J. Dearie, Sr. Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 912S
Brooklyn, New York 11201

> Re:   *John Pierro v. Daewoo Motor America, Inc., et al.*
>        Docket No.: 08-CV-0063 (RJD) (JMA)

Dear Judge Dearie:

This office represents the interests of GM Daewoo Auto & Technology Co. in the above referenced matter. We are writing to join in the request of co-defendant Daewoo Motor Co., Ltd. for a pre-motion conference.

Very truly yours,

s/Mark E. Thabet

Mark E. Thabet [MT 0871]

cc:   **Via Electronic Filing**
      Joseph H. Neiman, Esq.
      39 Hudson Street, Second Floor
      Hackensack, NJ 07601

      Philip W. Crawford, Esq.
      GIBBONS P.C.
      One Gateway Center
      Newark, New Jersey 07102-5310

      T. Steven Har, Esq.
      DUANE MORRIS, LLP
      1540 Broadway
      New York, NY 10036-4086

{V0079264.1}