

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 700
White Plains, NY 10606

TEL 914 949 2909
FAX 914 949 5424
www.eckertseamans.com

Mark E. Thabet
Direct Dial: 914-949-7016
mthabet@eckertseamans.com

December 14, 2012

***Via Electronic and Overnight Mail
(Tracking No. 7943 0042 9652)***
Joseph H. Neiman, Esq.
39 Hudson Street
Hackensack, New Jersey 07601

      Re:    *John Pierro v. Daewoo Motor America, Inc., et al.*
               Docket No.: 1:08-cv-0063 (RJD) (JMA)

Dear Mr. Neiman:

We represent the defendant GM Daewoo Auto & Technology Company ("GMDAT") in connection with the above-referenced matter. In accordance with the Order of the Civil Briefing Schedule of Judge Raymond J. Dearie on November 20, 2012, we enclose the following:

1. Notice of Motion for Summary Judgment;

2. Brief of Defendant GMDAT;

3. Statement of Material Facts; and

4. Declaration of Mark E. Thabet in Support of Motion for Summary Judgment with attached Exhibits A thru L.

Please feel free to contact me should you have any questions.

Very truly yours,

Mark E. Thabet [MT 0871]
MET/tb
Enclosures

        ***Via Electronic and Regular Mail (w/o encls.)***
cc:   Ellen Mulqueen, Case Manager
       c/o Judge Raymond J. Dearie
       U. S. District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 11201

{V0092811.1}



Joseph H. Neiman, Esq.
John Pierro v. Daewoo Motor America, Inc., et al.
December 14, 2012
Page 2

*<u>Via Electronic and Regular Mail (w/encls.)</u>*

T. Steven Har, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086

Philip W. Crawford, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310

{V0092811.1}